# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2858

_____

|  |  |  |
|---|---|---|
| Ronald T. Seaworth, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Red Lake County; Mitch Bernstein, | * | |
| Sheriff; Brad Johnson, Chief Deputy | * | [UNPUBLISHED] |
| Sheriff; Louisville Township Board; | * | |
| John Stich, Chairman; Paul Heng; | * | |
| Arley Schultz; Jean Beyer; Jack | * | |
| McKeever, all in their personal and | * | |
| professional capacities, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 7, 2008
Filed: December 2, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ronald T. Seaworth appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully considered Seaworth's

_____

[1]The Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

arguments for reversal and conducted de novo review of the record, <u>see</u> <u>Johnson v. Outboard Marine Corp.</u>, 172 F.3d 531, 535 (8th Cir. 1999) (standard of review), we agree with the district court that summary judgment was warranted.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____